No. 3,125.—THEODORE HENNESSY, RESPONDENT, *v.* H. G. GIOVANETTI ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County.*

Decided January 27, 1912.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, heretofore submitted, is, after due consideration by the court, denied, and the appeal is hereby dismissed at the cost of appellants.

*Messrs. Chas. M. Mattison, M. J. Cavanaugh,* and *J. A. Poore,* for Respondent.